**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SOSINA ASFAW, et al., | Case No.: 2:19-cv-01292-GMN-NJK |
|     Plaintiff(s), | |
| | **ORDER** |
| v. | (Docket No. 13) |
| WAL-MART STORES, INC., et al., | |
|     Defendant(s). | |

Pending before the Court is the parties' discovery plan. Docket No. 13. For the reasons stated below, the discovery plan is **DENIED**.

The presumptively reasonable discovery period is 180 days, measured from the date of the first appearance of any defendant. Local Rule 26-1(b)(1). Here, Defendants Walmart, Inc. and Leitu Fuala'au filed a motion to dismiss on August 9, 2019; therefore, the discovery cut-off is measured from that date.

If the parties seek deadlines beyond those specified in Local Rule 26-1(b)(1), their discovery plan must comply with Local Rule 26-1(a). The parties must submit a discovery plan, that complies with Local Rule 26-1, no later than October 4, 2019.

IT IS SO ORDERED.

Dated: October 1, 2019

_____
Nancy J. Koppe
United States Magistrate Judge