# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SOSINA ASFAW, et al., <br>     Plaintiff(s), <br> v. <br> WAL-MART STORES, INC., et al., <br>     Defendant(s). | Case No.: 2:19-cv-01292-GMN-NJK <br><br> **ORDER** <br><br> (Docket No. 23) |

Pending before the Court is Defendant Wal-Mart Stores, Inc.'s emergency motion to compel Fed.R.Civ.P. 35 examination of Plaintiff and to extend discovery deadlines. Docket No. 23. The motion was filed on an emergency basis. *See id.* Insufficient justification has been presented with respect to the request for emergency relief; therefore, the Court declines to give the motion expedited treatment. Instead, the motion will be briefed pursuant to the Court's schedule for briefing discovery motions and decided in the ordinary course. *See* Docket No. 18. In the event the Court grants Defendant relief, the Court will extend deadlines accordingly.

IT IS SO ORDERED.

Dated: January 7, 2020

                                                                       Nancy J. Koppe <br>
                                                                       United States Magistrate Judge