# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SOSINA ASFAW, et al.,

    Plaintiff(s),

v.

WAL-MART STORES, INC., et al.,

    Defendant(s).

Case No.: 2:19-cv-01292-GMN-NJK

**ORDER**

(Docket No. 23)

Pending before the Court is Defendant Wal-Mart Stores, Inc.'s motion to compel a Fed.R.Civ.P. 35 examination of Plaintiff and to extend discovery deadlines.[1] Docket No. 23. Plaintiffs failed to respond, thus consenting to the granting of the motion. *See* Local Rule 7-2(d); *see also* Docket Nos. 18, 24. Additionally, the Court has reviewed Defendant's motion and finds it to be meritorious.

Accordingly, the Court **GRANTS** the motion to compel a Rule 35 examination of Plaintiff. Docket No. 23. Plaintiff shall produce herself, within the next 30 days, for an examination by Dr. Andrew Cash at Desert Institute of Spine Care in Las Vegas, Nevada, and the examination shall be limited to the condition and treatment of Plaintiff's spinal injuries. Further, the Court **GRANTS** Defendant's request to extend discovery deadlines and **SETS** the following deadlines:

- Initial experts: March 6, 2020

---

[1] Defendant filed its motion on an emergency basis. However, because Defendant failed to sufficiently justify its request for emergency relief, the Court declined to give the motion expedited treatment. Docket No. 24.

1

- Interim status report: March 16, 2020
- Rebuttal experts: March 16, 2020
- Discovery cutoff: May 15, 2020
- Dispositive motions: June 12, 2020
- Joint proposed pretrial order: July 14, 2020[2]

IT IS SO ORDERED.

Dated: January 17, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

---

[2] If dispositive motions are filed, this date will be suspended until 30 days after the dispositive motions are decided or further Court order.