# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SOSINA ASFAW, et al.,
    Plaintiff(s),

v.

WAL-MART STORES, INC., et al.,
    Defendant(s).

Case No.: 2:19-cv-01292-GMN-NJK

**ORDER**

(Docket No. 26)

On January 17, 2020, the Court granted Defendant Wal-Mart Stores, Inc.'s motion to compel a Fed.R.Civ.P. 35 examination of Plaintiff and request to extend discovery deadlines. Docket No. 25. The Court granted the motion because "Plaintiffs failed to [timely] respond" and because the Court reviewed the motion and found it to be meritorious. *Id.* at 1 (citing Docket Nos. 18, 24, making clear the deadline for Plaintiffs' response to Defendant's motion to compel).

Without explanation, Plaintiffs now file an untimely, unsigned response to Defendant's already-granted motion. Docket No. 26. Nevertheless, after careful review of Plaintiffs' response, the Court's order at Docket No. 25 remains in effect and unchanged.[1]

IT IS SO ORDERED.

Dated: January 21, 2020

                                        Nancy J. Koppe
                                        United States Magistrate Judge

---

[1] The Court also reminds Plaintiffs' counsel that it is inappropriate to call chambers *ex parte* unless specifically permitted by the Local Rules or the Federal Rules of Civil Procedure. Local Rule IA 7-2.

1