# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SOSINA ASFAW,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., et al.,<br><br>    Defendants. | Case No.: 2:19-cv-01292-GMN-NJK<br><br>**Order** |

On July 9, 2021, the Court set this matter for a settlement conference to take place on September 23, 2021. Docket No. 54. The Court therein ordered the parties to provide settlement statements, including discussion of their case and also an email address through which they can connect to the settlement conference by video. *See id.* at 2-3. The settlement statements were due by September 16, 2021. *Id.* at 3. The Court warned that failure to comply with that order could result in the imposition of sanctions, *id.*, but Defendants did not submit a settlement statement by the deadline set. Instead, on September 17, 2021, the Court received a phone call from Defendants seeking an extension to submit their past-due Settlement Conference Statement. Defendants are reminded that, pursuant to the Local Rules, *ex parte* communications with the Court are prohibited. Local Rule IA 7-2(b). Such requests must be made by appropriate filing with the Court. Defendants' settlement brief must be submitted to the undersigned's box in the Clerk's Office no later than 1:30 p.m. today, September 20, 2021. Failure to do so may result in sanctions.

IT IS SO ORDERED.

Dated: September 20, 2021

                                                                                                _____
                                                                                                Nancy J. Koppe
                                                                                                United States Magistrate Judge

1