# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SOSINA ASFAW, et al.,<br>    Plaintiffs,<br>v.<br>WAL-MART STORES, IMNC., et al.,<br>    Defendants. | Case No.: 2:19-cv-01292-GMN-NJK<br>**ORDER**<br>[Docket No. 59] |

Pending before the Court is Defendant's motion for an extension to file the stipulation of dismissal and proposed order. Docket No. 59. For good cause shown, Defendant's motion is **GRANTED**. Docket No. 59. The parties' stipulation of dismissal and proposed order must be filed by no later than November 5, 2021.

IT IS SO ORDERED.

Dated: October 25, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1